UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEONARD CIACCIO, as Trustee of the
Leonard Ciaccio Family Trust Dated
November 11, 1997, as amended and
restated on December 5, 2016, and
LEONARD CIACCIO, Individually,
JOSEPHINE R. CIACCIO, as Trustee of the
Josephine R. Ciaccio Family Trust Dated
November 11, 1997, as amended and
restated on December 5, 2016, and
JOSEPHINE R. CIACCIO, Individually,

   Plaintiffs,

v.            Case No:  2:21-cv-122-JLB-MRM

METROPOLITAN CASUALTY
INSURANCE COMPANY,

   Defendant.

## ORDER

   The parties have filed a Joint Stipulation of dismissal with prejudice.  (Doc. 18.)  The stipulation is self-executing.  Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Anago Franchising, Inc. v. Shaz</u>, 677 F.3d 1272, 1278 (11th Cir. 2012).  Accordingly, the Clerk of Court is **DIRECTED** to close the file.

   **ORDERED** at Fort Myers, Florida, on June 23, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE